# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>1.180 ACRES OF LAND, MORE OR LESS,<br><br>SITUATE IN COCHISE COUNTY, STATE OF<br><br>ARIZONA; AND SOUTHWESTERN STEEL AND SUPPLY,<br><br>INC, AN ARIZONA CORPORATION ET AL.,<br><br>       Defendants. | ) <br>) <br>) AFFIDAVIT IN SUPPORT OF <br>) MOTION FOR IMMEDIATE POSSESSION <br>) TO CONSTRUCT <br>) <br>) CIVIL NO. <br>) |

I, Loren Flossman, hereby declare as follows:

1. I am employed as the Director, Border Patrol Facilities and Tactical Infrastructure Program Management Office, Facilities Management and Engineering, Office of Administration with U.S. Customs and Border Protection ("CBP"). I make this declaration based on my personal knowledge of the matters recited, or based upon information available to me from the files maintained by my office in this matter.

2. The United States has a vital interest in controlling its international borders. As part of the ongoing effort to secure the borders and reduce illegal immigration, Congress has

directed the construction of fencing, additional physical barriers, roads, lighting, cameras, sensors and related infrastructure along the United States' southwestern border. Illegal Immigration Reform and Immigrant Responsibility Act of 1996 ("IIRIRA"), Public Law 104-208, Div. C, 110 Stat. 3009-546, 3009-554 (Sept. 30, 1996), codified as amended by the REAL ID Act of 2005, Public Law 109-13, Div. B, 119 Stat. 231, 302, 306 (May 11, 2005), the Secure Fence Act of 2006, Public Law 109-367, § 3, 120 Stat. 2638 (Oct. 26, 2006), and the Consolidated Appropriations Act of 2008, Public Law 110-161, Div. E, Title V, § 564, 121 Stat. 2090 (Dec. 26, 2007), at 8 U.S.C. § 1103 and note.

3. My agency has determined that the subject property is an appropriate location for the construction of a road that is needed to access a border security tower and associated facilities. The purpose of this tower project is to improve CBP's detection, identification, and apprehension of cross-border violators in this geographic area. Specifically, this tower will provide CBP with information that will allow for a more focused, efficient and effective use of Border Patrol resources in the interdiction of cross-border violators.

4.   There are two separate, but interdependent, contractual arrangements related to this tower project.  One contract relates to the acquisition and installation of the technology and equipment that will be installed on the tower.  The other contractual arrangement relates to road construction, site work, and tower erection activities.  The road construction on the subject property must be completed before the technology and equipment can be installed and put into operation.  Accordingly, if possession is not granted by June 14, 2013, the United States may incur delays in constructing and completing this important border security project

I declare, pursuant to 28 U.S.C. § 1746, that the above information is true and correct to the best of my knowledge, information and belief, under penalty of perjury.  I further declare that this Declaration was executed on this 5TH day of June, 2013, in Washington, D.C.

Loren Flossman